IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Magistrate Case No. 07- 0S PO |
| | : |
| JOSE MANUEL ROA-BELMONTE, | : |
| | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

## COUNT I

In or around February, 2007, JOSE MANUEL ROA-BELMONTE, defendant, herein,

who was then and there an alien, did knowingly and unlawfully enter the United States from

Mexico, at a point near Nogales, Arizona, which said time and place was then and there other

than as designated by immigration officials of the United States for the entrance of immigrants

into the United States, in violation of Title 8, United States Code, Sections 1325(a)(1) and 1329.

**FILED**

JUN 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____

Douglas E. McCann
Assistant United States Attorney

Dated: June 18, 2007