UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 07-05 PO ) |
| **JOSE MANUEL ROWA-BELAMONTE,** | ) ) |
| Defendant. | ) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **18TH** day of **JUNE**, **2007**,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　　　　　　Honorable Gregory M. Sleet
　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

cc: Federal Public Defender
　　 First Federal Plaza, Suite# 110
　　 704 King Street
　　 Wilmington, DE 19801
　　 (302) 573-6010

　　 Defendant
　　 United States Attorney



FILED

JUN 18 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE