UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 07- **05 PO** |
| ) | |
| JOSE MANUEL ROA-BELMONTE, ) | |
| ) | |
| Defendant. ) | |

O R D E R

The defendant, upon entering a plea of not guilty to the Information on **June 18th, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until **August 20th, 2007** .

The time between the date of this order and **August 20th, 2007** shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).



Honorable Gregory M. Sleet
U.S. District Judge

cc: Defense Counsel
    United States Attorney